UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| AMERICAN PURCHASING SERVICES, LLC d/b/a American Medical Depot, | Case No. 20-23495-SMG |
| DVSS ACQUISITION COMPANY, LLC, | Case No. 20-23501-SMG |
| AMD PENNSYLVANIA, LLC, and | Case No. 20-23503-SMG |
| AMERICAN MEDICAL DEPOT HOLDINGS, LLC,[1] | Case No. 20-23504-SMG |
| Debtors. | Chapter 7 Cases (Jointly Administered) |

_____/

## NOTICE OF CONTINUED SECTION 341 MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN** that the Section 341 Meeting of Creditors has been continued in the above matter to **July 9, 2021 at 10:00 a.m. EDT** in the United States Bankruptcy Court, Federal Building, 299 E. Broward Boulevard, Room 112, Fort Lauderdale, FL 33301.

**\*\*\* MEETING WILL BE HELD BY TELEPHONE\*\*\***

**Trustee: Marc P. Barmat**

**Call in number: 866-744-0092**

**Passcode: 2402907**

Dated: June 3, 2021

Respectfully submitted,

BERGER SINGERMAN LLP
*Counsel for the Debtors*
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 714-4385
Facsimile: (305) 714-4340

By:  */s/ Robin J. Rubens*
     Robin J. Rubens
     Florida Bar No. 959413
     rrubens@bergersingerman.com

---

[1] The Debtors in these cases, along with the addresses and last four digits of each Debtor's federal tax identification number are American Purchasing Services, LLC (7158), DVSS Acquisition Company, LLC (4147), AMD Pennsylvania, LLC (1107) and American Medical Depot Holdings, LLC (4183).  The address of the Debtors is 10315 USA Today Way, Miramar, FL  33025.

10609578-1