UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

AMERICAN PURCHASING SERVICES,
LLC d/b/a AMERICAN MEDICAL DEPOT,
DVSS ACQUISITION COMPANY, LLC
AMD PENNSYLVANIA, LLC and
AMERICAN MEDICAL DEPOT
HOLDINGS, LLC,

              Debtor.

Case No.: 20-23495-SMG (Lead)

Case No.: 20-23501-SMG
Case No.: 20-23503-SMG
Case No.: 20-23504-SMG

Chapter 7 Cases
(Jointly Administered)

_____/

**TRUSTEE'S APPLICATION TO EMPLOY
EYAL BERGER, ESQ. AND AKERMAN LLP AS GENERAL COUNSEL**

Marc P. Barmat, the Chapter 7 Trustee (the "Trustee"), for the estate of American

Purchasing Services, LLC d/b/a American Medical Depot (the "Debtor"), respectfully requests an

order of the court authorizing the employment of Eyal Berger, Esq. and the law firm of Akerman

LLP (collectively the "Applicant") to represent the Trustee as general counsel in this case effective

June 21, 2021 and states:

      1.      On December 11, 2020, the Debtor filed a voluntary petition for relief under title

11 of the United States Code.

      2.      On June 1, 2021, this case was converted to a case under Chapter 7 of the

bankruptcy code pursuant to this Court's Order (ECF No. 378).

      3.      On June 2, 2021, the Trustee was duly appointed as the Chapter 7 Trustee

responsible for administering the Debtor's estate and all jointly administered cases[1] pursuant to

Notice (ECF No. 381).

---

[1] An Order was entered on December 11, 2020 directing joint administration of the following Debtors: i) American
Purchasing Services, LLC; (ii) DVSS Acquisition Company, LLC; (iii) AMD Pennsylvania, LLC; and (iv) American
Medical Depot Holdings, LLC (ECF No. 8).

4.      The Trustee submits it necessary to employ Applicant as his general bankruptcy counsel in this case in order to perform ordinary and necessary legal services required in the general administration of this estate.

5.      The Trustee believes that the employment of Applicant would be in the best interest of the Estate.

6.      The Trustee has selected Applicant for the reason that he has had considerable experience in matters of this character, and believes that said attorneys are qualified to represent the Trustee in these proceedings.

7.      Attached to this motion is the proposed Applicant's affidavit disclosing the Applicant's possible conflicts and otherwise demonstrating that Eyal Berger, Esq. and the law firm of Akerman LLP are disinterested as required by 11 U.S.C. §327(a) and a verified statement as required under FRBP 2014.

8.      Applicant has agreed to be compensated in accordance with U.S.C. § 330.

9.      The professional services that Applicant will render are summarized as follows:

a.      to give advice to the Trustee with respect to his powers and duties as Trustee;

b.      to advise the Trustee concerning causes of action held by the Trustee and/or pursue such causes of action on behalf of the Trustee;

c.      to represent the Trustee in all proceedings before this Court or other Courts of competent jurisdiction;

d.      to prepare and review motions, pleadings, orders, applications, adversary proceedings, and other legal documents arising in this cause; and

e.      to perform all other legal services for the Trustee, which may be necessary herein.

58672142;2

10.     Subject to Sections 327 and 330 of the Bankruptcy Code, and this Court's approval, Applicant proposes to be compensated at its typical hourly rates charged on matters of this type within this District, which rates are subject to change on an annual basis.  The hourly rates of the attorneys from the Akerman Law Firm who will be working as general bankruptcy counsel on this case for this matter are discounted rates of $515 for Eyal Berger, Esq., $350 for Amanda Klopp, Esq. and the hourly rate for associates, para-professionals, law clerks ranges from $200 to $300 per hour.

11.     To the best of the Trustee's knowledge, neither attorney Berger  nor Akerman LLP have any connection with any interest adverse to the Estate, and are disinterested, as evidenced by the Affidavit attached hereto.

12.     Because of the legal services required, the Trustee desires to employ Applicant under a general retainer.

13.     The Trustee believes that the retention of Applicant is in the best interest of the Estate.

14.     The Trustee believes that Applicant is qualified to practice in the Bankruptcy Court and is qualified to advise the Trustee with respect to the professional services detailed in paragraph 7 herein.

**WHEREFORE,** the Trustee respectfully request an Order authorizing the employment of Eyal Berger, Esq. and the law firm Akerman LLP to represent the Trustee, pursuant to 11 U.S.C. §§ 327(a) and 330.

Dated:  June 21, 2021                    By:___/s/ *Marc P. Barmat*_____
                                                        Marc P. Barmat
                                                        2255 Glades Road, Suite 337W,
                                                        Boca Raton, FL 33431
                                                        (561) 395-0400
                                                        barmat.trustee@furrcohen.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case as listed in the attached service list.

By:  /s/ *Eyal Berger*
Eyal Berger, Esq.
Florida Bar No. 11069
Email:  eyal.berger@akerman.com
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Tel:  954-463-2700
Fax: 954-463-2224

*Proposed General Counsel to Chapter 7 Trustee*

58672142;2

## <u>SERVICE LIST</u>

**20-23495-SMG Notice will be electronically mailed to:**

Joaquin J Alemany on behalf of Creditor Global Procurement Solutions, Inc.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor Marathon Medical, Inc.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joaquin J Alemany on behalf of Creditor Trillamed, LLC
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joseph M Ammar on behalf of Creditor Stryker Corporation
ammar@millercanfield.com

Scott Andron on behalf of Creditor Broward County
sandron@broward.org, swulfekuhle@broward.org

Marc P Barmat
barmat.trustee@furrcohen.com, mpb@trustesolutions.net

Paul J. Battista, Esq on behalf of Creditor WC AMD, LLC
pbattista@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com

Henry H Bolz on behalf of Creditor ICP Medical LLC
hbolz@polsinelli.com,
robrien@polsinelli.com;LBugliaro@polsinelli.com;kbishop@polsinelli.com;FLdocketing@polsinelli.com

John M Brennan, Jr on behalf of Creditor Committee Creditors Committee
jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com

David C. Cimo, Esq on behalf of Creditor Committee Creditors Committee
dcimo@cmmlawgroup.com, mmark@cmmlawgroup.com;ekelly@cmmlawgroup.com;ekelly@ecf.courtdrive.com

Drew M Dillworth on behalf of Creditor Wells Fargo Bank, N.A.
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;jless@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com;fsanchez@stearnsweaver.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Brian T FitzGerald, Esq on behalf of Creditor Hillsborough County Tax Collector
fitzgeraldb@hillsboroughcounty.org, connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org

Michael A Froehlich on behalf of Creditor 3 R Resources, Inc.
mfroehlich@mmclegal.net

Joe M. Grant, Esq. on behalf of Creditor Zeta Associates, LLC
jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;efile@marshallgrant.com;mg197ecfbox@gmail.com

Richard Eugene Hettinger on behalf of Creditor Travis Association for the Blind
rhettinger@dtrglaw.com

Kandi K Hidde on behalf of Creditor Bosma Industries for the Blind, Inc. d/b/a Bosma Enterprises
khidde@fbtlaw.com

Edward M King on behalf of Creditor Bosma Industries for the Blind, Inc. d/b/a Bosma Enterprises
tking@fbtlaw.com, tking@ecf.inforuptcy.com

Jerry M Markowitz on behalf of Mediator Jerry M. Markowitz
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.
bestcase.com,jmarkowitz@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Grace E. Robson, Esq. on behalf of Interested Party ePlus Government, inc.
grobson@mrthlaw.com, mrthbkc@gmail.com,lgener@mrthlaw.com,grobson@ecf.courtdrive.com

Mark S. Roher, Esq. on behalf of Interested Party Patents on Demand PA
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Mark S. Roher, Esq. on behalf of Interested Party Brian Buchheit
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Mark S. Roher, Esq. on behalf of Plaintiff Patents on Demand PA
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Robin J. Rubens, Esq. on behalf of Debtor AMD Pennsylvania, LLC
rrubens@bergersingerman.com,
mdiaz@bergersingerman.com;efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Debtor American Medical Depot Holdings, LLC
rrubens@bergersingerman.com,
mdiaz@bergersingerman.com;efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Debtor American Purchasing Services, LLC d/b/a American Medical Depot
rrubens@bergersingerman.com,
mdiaz@bergersingerman.com;efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Debtor DVSS Acquisition Company, LLC
rrubens@bergersingerman.com,
mdiaz@bergersingerman.com;efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Interested Party AMD Pennsylvania, LLC
rrubens@bergersingerman.com,
mdiaz@bergersingerman.com;efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Interested Party American Medical Depot Holdings, LLC
rrubens@bergersingerman.com,
mdiaz@bergersingerman.com;efile@ecf.inforuptcy.com;efile@bergersingerman.com

Robin J. Rubens, Esq. on behalf of Interested Party DVSS Acquisition Company, LLC
rrubens@bergersingerman.com,
mdiaz@bergersingerman.com;efile@ecf.inforuptcy.com;efile@bergersingerman.com

Mark A Salzberg on behalf of Interested Party SOLIC AMD Investco, LLC
mark.salzberg@squirepb.com, shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-

2003@ecf.pacerpro.com;Gregory.davis@squirepb.com

Mark A Salzberg on behalf of Interested Party SOLIC Capital Advisors, LLC
mark.salzberg@squirepb.com, shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-
2003@ecf.pacerpro.com;Gregory.davis@squirepb.com

Robert A. Schatzman, Esq. on behalf of Creditor Committee Creditors Committee
robert.schatzman@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-
robinson.com

Eric J Silver on behalf of Creditor Wells Fargo Bank, N.A.
esilver@stearnsweaver.com,
jless@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.c
om;Atty_arrazola@bluestylus.com

Paul Steven Singerman, Esq on behalf of Debtor AMD Pennsylvania, LLC
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Debtor American Medical Depot Holdings, LLC
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Debtor American Purchasing Services, LLC d/b/a American Medical
Depot
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Debtor DVSS Acquisition Company, LLC
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Interested Party AMD Pennsylvania, LLC
singerman@bergersingerman.com,
mdiaz@bergersingerman 20;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Interested Party American Medical Depot Holdings, LLC
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Interested Party DVSS Acquisition Company, LLC
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Steven J. Solomon, Esq. on behalf of Creditor Committee Creditors Committee
steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-
robinson.com

Steven J. Solomon, Esq. on behalf of Creditor Committee Steven J. Solomon
steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-
robinson.com

Steven J. Solomon, Esq. on behalf of Financial Advisor Charles M. Berk
steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-
robinson.com

Morris D. Weiss on behalf of Creditor AvMed Supply, LLC

morris.weiss@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

J. Steven Wilkes on behalf of U.S. Trustee Office of the US Trustee
steven.wilkes@usdoj.gov

Stuart F Wilson-Patton on behalf of Creditor TN Dept of Human Services
stuart.wilson-patton@ag.tn.gov

John R Yant on behalf of Creditor Johnson & Johnson Health Care Systems Inc.
ryant@carltonfields.com, dlester@carltonfields.com;kathompson@carltonfields.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

Case No.: 20-23495-SMG (Lead)

AMERICAN PURCHASING SERVICES,
LLC d/b/a AMERICAN MEDICAL DEPOT,      Case No.: 20-23501-SMG
DVSS ACQUISITION COMPANY, LLC          Case No.: 20-23503-SMG
AMD PENNSYLVANIA, LLC and              Case No.: 20-23504-SMG
AMERICAN MEDICAL DEPOT
HOLDINGS, LLC,                         Chapter 7 Cases
                                       (Jointly Administered)

          Debtor.
_____/

## SWORN DECLARATION OF DISINTERESTEDNESS OF PROPOSED GENERAL COUNSEL FOR CHAPTER 7 TRUSTEE

1.      I am an attorney admitted to practice in the State of Florida and the United States District Court for the Southern District of Florida.

2.      I am a partner with the law firm of Akerman LLP ("Akerman"), with offices located at 350 E. Las Olas Boulevard, Suite 1600, Fort Lauderdale, FL 33301.  I am familiar with the matters set forth herein and make this Affidavit in support of the *Chapter 7 Trustee's Application To Employ Eyal Berger, Esq. and Akerman, LLP as General Counsel Effective June 17, 2021.*

3.      Neither Akerman nor I represent any interest adverse to the Chapter 7 Trustee (the "Trustee") or the Estate related to the litigation claims the Trustee seeks to retain Akerman to investigate and potentially prosecute, and thus we are "disinterested persons" as required by 11 U.S.C. § 327 for this limited role.

4.      Neither Akerman nor I will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the Chapter 11 Trustee, unless otherwise authorized by the Court.

58674539;2

5.      Except for the continuing representation of the Trustee and as otherwise disclosed herein, neither I nor Akerman hold any connections with the Debtor, creditors, any other party in interest, their respective attorneys, accountants, the U.S. Trustee, or any person employed by the Office of the U.S. Trustee as required by F.R.B.P. 2014.

6.      Akerman maintains a computerized conflicts check system. Akerman has compared the information obtained thereby with the information contained in its client and adverse party conflict check system.  The facts stated in this Affidavit as to the relationship between Akerman and the Debtor, the Debtor's creditors, the United States Trustee, other persons employed by the Office of the United States Trustee, and those persons and entities who are defined as disinterested persons in Section 101(4) of the Bankruptcy Code, are based on the results of my review of Akerman's conflict check system.  Based upon such search, Akerman does not represent any entity in any matter involving or adverse to the Trustee or which would constitute a conflict of interest or impair the disinterestedness of Akerman in respect to the matters upon which the Trustee proposes to engage Akerman to represent it herein.

7.      Akerman's client and adverse party conflicts check system is comprised of records regularly maintained in the business of the firm and it is the regular practice of the firm to make and maintain those records.  The system reflects entries that are noted in the system at the time the information becomes known by persons who regular duties include recording and maintaining this information.  I regularly use and rely upon the information contained in the system in the performance of my duties with Akerman and in my practice of law.

8.      A preliminary search of Akerman's conflicts check system did not reveal any representations that impairs my or Akerman's disinterestedness or constitutes any conflict of interest.  Akerman shall supplement this affidavit on an immediate basis to the extent it discovers

58674539;2

any potential conflicts related to its prior representations or existing representations of a party with an adverse interest against the Estate.

9.      A search of Akerman's conflicts check system revealed the following prior or existing clients represented by Akerman on other matters, which does not impair my or Akerman's disinterestedness or constitute any conflict of interest:

a.      AT&T is listed on the Debtor's Schedules. Akerman has in the past and/or currently represents AT&T and/or certain of its affiliates or related entities in matters wholly unrelated to this bankruptcy case.

b.      ADT Security Services is listed on the Debtor's Schedules. Akerman has in the past and/or currently represents ADT Security Services in matters wholly unrelated to this bankruptcy case.

c.      Alcon Laboratories, Inc. is listed on the Debtor's Schedules. Akerman has in the past and/or currently represents Alcon Laboratories, Inc. in matters wholly unrelated to this bankruptcy case.

d.      Amazon.com is listed on the Debtor's Schedules. Akerman has in the past and/or currently represents Amazon.com and/or certain of its affiliates or related entities in matters wholly unrelated to this bankruptcy case.

e.      American Express is listed on the Debtor's Schedules. Akerman has in the past and/or currently represents American Express and/or certain of its affiliates or related entities in matters wholly unrelated to this bankruptcy case.

f.      MB Financial Bank, N.A. is listed on the Debtor's Schedules. Akerman has in the past and/or currently represents MB Financial Bank, N.A. and/or certain of its affiliates or related entities in matters wholly unrelated to this bankruptcy case.

58674539;2

g.      Wynnchurch Capital, LLC is listed on the Debtor's Schedules. Akerman has in the past and/or currently represents Wynnchurch Capital, LLC in matters wholly unrelated to this bankruptcy case.

h.      Wells Fargo Bank, N.A. is listed on the Debtor's Schedules. Akerman has in the past and/or currently represents Wells Fargo Bank, N.A. and/or certain of its affiliates or related entities in matters wholly unrelated to this bankruptcy case.

10.     To the extent I learn of any additional creditors of the Debtor's estate that have been or are represented by Akerman on unrelated matters, I will supplement the disclosures contained herein as required pursuant to Fed. R. Bankr. P. 2014.

11.     In the event and to the extent that the Trustee is involved in litigation with a conflicted party, the Trustee will utilize conflict counsel in regard to such litigation and Akerman will not be involved in any such litigation.

12.     The professional fees and costs incurred by Akerman in the course of its representation of the Trustee shall be subject in all respects to the application and notice requirements of 11 U.S.C. §§ 330 and 331 and F.R.B.P. 2014 and 2016.

13.     The hourly rates for attorneys at Akerman that may work on this matter, range from $250.00 to $800.00.

14.     The Akerman Law Firm has agreed to provide the Trustee and the Debtor's estate discounted hourly rates for this engagement as follows: (i) Eyal Berger, Esq. shall charge a discounted hourly rate in the amount of $515.00; (ii) Amanda Klopp, Esq. shall charge a discounted hourly rate in the amount of $350.00; and (iii) all other partners, associates, and para-professionals shall discount their regular rates hourly rates by 10%.

4

15. There is no agreement of any nature, other than the shareholder agreement of our firm, as to the sharing of any compensation to be paid to the firm. No promises have been received by Akerman, nor any member, or associate thereof, as to the compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

16. This concludes my declaration.

### 28 U.S.C. § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2021.

       /s/ *Eyal Berger*

EYAL BERGER

58674539;2