**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| **Case No.:** | 20-23495 |
| **Case Name:** | AMERICAN PURCHASING SERVICES, LLC D/B/A AMERICAN MEDICAL DEPOT |
| **For the Period Ending:** | 03/31/2022 |

| | |
|---|---|
| **Trustee Name:** | Marc P. Barmat |
| **Date Filed (f) or Converted (c):** | 06/01/2021 (c) |
| **§341(a) Meeting Date:** | 07/01/2021 |
| **Claims Bar Date:** | 08/10/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Wells Fargo Bank - Master Operating Account #9097 | $47,147.04 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Original Schedules ECF NO.119; Amended Schedules ECF NO.405<br>Wells Fargo (secured Lender) took control of accounts.<br><br>Notice of Abandonment filed 04/25/21 [ECF NO. 509} | | | | | |
| 2 | Wells Fargo Bank - Utilities Account #3915 | $5,315.21 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Original Schedules ECF NO.119; Amended Schedules ECF NO.405<br>Wells Fargo (Secured Lender) took control of accounts.<br><br>Notice of Abandonment filed 04/25/21 [ECF NO. 509} | | | | | |
| 3 | Wells Fargo Bank - Eplus Collections Account **(u)** #8828 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Original Schedules ECF NO.119; Amended Schedules ECF NO.405<br>Wells Fargo (Secured Lender) took control of accounts.<br><br>Notice of Abandonment filed 04/25/21 [ECF NO. 509} | | | | | |
| 4 | Deposit - Kaufman, Rossin & Co. - 2020 Taxes **(u)** | $20,000.00 | $20,000.00 | | $0.00 | $20,000.00 |
| **Asset Notes:** | Original Schedules ECF NO.119; Amended Schedules ECF NO.405 | | | | | |
| 5 | Escrow Deposits Held in Berger Singerman LLP **(u)** Trust Account | $571,409.36 | $571,409.36 | | $0.00 | $571,409.36 |
| **Asset Notes:** | Original Schedules ECF NO.119; Amended Schedules ECF NO.405 | | | | | |
| 6 | Accounts Receivable - Johnson & Johnson Health Care | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Original Schedules ECF NO.119; Amended Schedules ECF NO.405<br>Wells Fargo Holds lien on all receivables.<br><br>Notice of Abandonment filed 04/25/21 [ECF NO. 509} | | | | | |
| 7 | All non-residential leases of real property were **(u)** rejected post-petition, prior to conversion date | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Original Schedules ECF NO.119; Amended Schedules ECF NO.405 | | | | | |
| 8 | Interest in D&O Tail Insurance Policy **(u)** | $131,203.00 | $131,203.00 | | $0.00 | $131,203.00 |
| **Asset Notes:** | Original Schedules ECF NO.119; Amended Schedules ECF NO.405 | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| Case No.: | 20-23495 |
| Case Name: | AMERICAN PURCHASING SERVICES, LLC D/B/A AMERICAN MEDICAL DEPOT |
| For the Period Ending: | 03/31/2022 |

| | |
|---|---|
| Trustee Name: | Marc P. Barmat |
| Date Filed (f) or Converted (c): | 06/01/2021 (c) |
| §341(a) Meeting Date: | 07/01/2021 |
| Claims Bar Date: | 08/10/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9 | Loan to Debtor (Estate) by Wells Fargo Bank to pay ongoing expenses per Court Order ECF NO. 470 (u) | $95,000.00 | $95,000.00 | | $95,000.00 | FA |
| 10 | Electronic Data Stored by Third Party Vendors with the exception of electronic mail and all files attached to electronic mail stored on the Microsoft Office 365 tenant.  Any and all Flat File Data (MS Word, Excel, PFDS, etc; Any SQL Data tied to Databases which could include financial data or application data; and Application Server Data (any and all applications they used to conduct business) (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment filed 09/13/21 ECF NO. 443 | | | | | |

**TOTALS (Excluding unknown value)**                                                                                   Gross Value of Remaining Asset

| | $870,074.61 | $817,612.36 | | $95,000.00 | $722,612.36 |
|---|---|---|---|---|---|

---

**Major Activities affecting case closing:**

04/21/2022    This case is being administered with the following:

20-23501 DVSS Acquisition Company

20-23503 AMD Pennsylvania LLC

20-23504 American Medical Depot Holdings LLC

Notice of Abandonment filed 09/13/21 ECF NO. 443

Notice of Abandonment filed 04/25/21 ECF NO. 509

The Trustee is currently investigating potential claims against the former officers, directors, and subordinate secured lenders for the Chapter 7 Debtors.  Upon completion of the Trustee's investigation, the Trustee plans to pursue any identified claims through a pre-suit settlement conference to be coordinated with counsel for any potential defendant.  In addition, the Trustee is currently working with Wells Fargo to modify the existing carve-out and sharing agreement to apply to all remaining claims of the Debtors' estates and will file a motion to modify the carve-out and sharing agreement once the parties agreed upon modified terms.

No claims have been reviewed at this time.

The estate is current with its returns.

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| Case No.: | 20-23495 |
| Case Name: | AMERICAN PURCHASING SERVICES, LLC D/B/A AMERICAN MEDICAL DEPOT |
| For the Period Ending: | 03/31/2022 |

| | |
|---|---|
| Trustee Name: | Marc P. Barmat |
| Date Filed (f) or Converted (c): | 06/01/2021 (c) |
| §341(a) Meeting Date: | 07/01/2021 |
| Claims Bar Date: | 08/10/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): 12/31/2002     Current Projected Date Of Final Report (TFR): 12/31/2025

/s/ MARC P. BARMAT
_____
MARC P. BARMAT

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 20-23495 | | Trustee Name: | Marc P. Barmat |
|---|---|---|---|---|
| Case Name: | AMERICAN PURCHASING SERVICES, LLC D/B/A AMERICAN MEDICAL DEPOT | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7158 | | Checking Acct #: | ******9501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $53,950,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2021 | (9) | Stearns Weaver Miller (Wells Fargo) | Payment pursuant to Court Order ECF NO. 470 - Loan to estate to pay ongoing expenses | 1280-002 | $95,000.00 | | $95,000.00 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $4.94 | $94,995.06 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $153.29 | $94,841.77 |
| 01/10/2022 | 101 | Furr Cohen | Payment of admin expenses pursuant to Court Order entered 01/07/22 ECF NO. 479 | 2420-000 | | $6,348.34 | $88,493.43 |
| 01/10/2022 | 102 | R2 Unified Technologies | Payment of admin expenses pursuant to Court Order entered 01/07/22 ECF NO. 479 | 2420-000 | | $1,840.00 | $86,653.43 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $145.09 | $86,508.34 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $126.08 | $86,382.26 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $139.39 | $86,242.87 |

|  | | | TOTALS: | | $95,000.00 | $8,757.13 | $86,242.87 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $95,000.00 | $8,757.13 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $95,000.00 | $8,757.13 | |

| For the period of  04/01/2021 to 03/31/2022 | | For the entire history of the account between 11/30/2021  to 3/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $95,000.00 | Total Non-Compensable Receipts: | $95,000.00 |
| Total Comp/Non Comp Receipts: | $95,000.00 | Total Comp/Non Comp Receipts: | $95,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,757.13 | Total Compensable Disbursements: | $8,757.13 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $8,757.13 | Total Comp/Non Comp  Disbursements: | $8,757.13 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-23495 | |
| **Case Name:** | AMERICAN PURCHASING SERVICES, LLC D/B/A AMERICAN MEDICAL DEPOT | |
| **Primary Taxpayer ID #:** | **-***7158 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 04/01/2021 | |
| **For Period Ending:** | 03/31/2022 | |

| | |
|---|---|
| **Trustee Name:** | Marc P. Barmat |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******9501 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $53,950,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $95,000.00 | $8,757.13 | $86,242.87 |

**For the period of 04/01/2021 to 03/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $95,000.00 |
| Total Comp/Non Comp Receipts: | $95,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,757.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,757.13 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/30/2021 to 3/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $95,000.00 |
| Total Comp/Non Comp Receipts: | $95,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,757.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,757.13 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ MARC P. BARMAT

MARC P. BARMAT